ANTHONY ALVES et al., Appellants, *v.* CITY OF NEW YORK, Respondent.

Argued January 5, 1954; decided March 4, 1954.

*William F. Cassin, Edward J. Barry* and *Alfred J. Callahan* for appellants.

*Denis M. Hurley, Corporation Counsel* (*Andrew Bellanca* and *Seymour B. Quel* of counsel), for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.